UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER BOGARD and ROBERT BOGARD,<br><br>  Plaintiffs,<br><br>  v.<br><br>MERCK & CO., INC., a New Jersey Corporation; McKESSON CORPORATION, a Delaware Corporation; DOES 1-50, inclusive,<br><br>  Defendants. | No. C-06-6917 SC<br><br>ORDER CONTINUING HEARING ON DEFENDANTS' MOTION TO STAY PROCEEDINGS |

   In the interests of judicial economy, Defendants' Motion to Stay Proceedings is continued to January 26, 2007, at 10:00 a.m. in Courtroom #1, 17th Floor, so that Defendants' Motion can be heard at the same time as Plaintiffs' Motion to Remand.

   IT IS SO ORDERED.

   Dated: January 10, 2007

_____
UNITED STATES DISTRICT JUDGE